UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| BRENDA F. WILLIAMS-GRAY, ) | |
| ) | |
| vs. ) | Case No. 07-0782-CV-W-RED-SSA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |

\_\_  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

After carefully reviewing the record, the Court finds the Administrative Law Judge did not err in its findings.  The decision of the Administrative Law Judge is hereby **AFFIRMED.**

**IT IS SO ORDERED.**

| | |
|---|---|
| August 11, 2010 | Ann Thompson |
| Date | Clerk of the Court |
| | |
| Entered on: August 31, 2010 | s/ Karen Siegert |
| | (By) Deputy Clerk |